IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE ANTONIO DUPREE,** | 2:17-cv-02543 MCE AC P |
| Petitioner, | |
| v. | [~~PROPOSED~~] ORDER |
| **W. MUNIZ, Warden,** | |
| Respondent. | |

Upon considering Respondent's third request for extended time, ECF No. 25, and good cause appearing, Respondent shall have an additional thirty days, to and including November 26, 2018, to file and serve a reply to Petitioner's opposition to Respondent's motion to dismiss. No further extensions of time will be granted.

SO ORDERED.

DATED: October 23, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1